UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:18-CR-147-TAV-JEM-12 |
| ) | |
| JIMMY LEE HARGETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's pro se motion requesting placement in a halfway house for a year [Doc. 1051]. In support, defendant discusses his rehabilitative efforts and argues that such a placement would better facilitate his successful reentry into society.

Halfway house placement under the Second Chance Act, 18 U.S.C. § 3624(c), is a matter within the discretion of the Bureau of Prisons, to be determined on an individual basis upon consideration of several factors including "any statement by the court that imposed the sentence. . . ." *See, e.g.*, *Lovett v. Hogsten*, No. 09-5605, 2009 WL 5851205, at *1 (6th Cir. Dec. 29, 2009) (quoting 18 U.S.C. § 3621(b)). In the present case, while the Court certainly finds defendant's rehabilitative efforts commendable, the Court views the Bureau of Prisons as being in a far superior position to determine the appropriate time and manner of community reentry. The Court therefore declines to make any specific recommendation. The motion [Doc. 1051] is therefore **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE